UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORI ESTEVAN PORTILLO GONZALEZ,

    Plaintiff,

v.                              Case No.:  6:26-cv-00472-GAP-RMN

LOUIS A. QUINONES JR., GARRETT RIPA, SECRETARY KRISTI NOEM, TODD LYONS, ATTORNEY GENERAL PAMELA BONDI, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Defendants,

## ORDER

Upon consideration of the Writ of Habeas Corpus filed by Petitioner Gregori Estevan Portillo Gonzalez ("Petitioner") (Doc. 1), and the Court's recent experience with similar cases where the Government has sought to relocate petitioners before the Court has an opportunity to rule on the merits (*see, e.g., Nahadian Fard v. Bondi et al.*, No. 6:26-cv-157-GAP-RMN, Doc. 23 (M.D. Fla. Feb. 12, 2026)), it is **ORDERED** that:

1. Respondents and those in privity with them are hereby **TEMPORARILY RESTRAINED AND ENJOINED** from moving Petitioner Gregori Estevan Portillo Gonzalez out of the Middle District of Florida until

further order of the Court.[1] *See Garcia v. Quinones et al.*, No. 6:26-cv-181-GAP-DCI, Doc. 6 (M.D. Fla. Jan. 26, 2026).

2. Respondents shall **SHOW CAUSE** in writing by **noon on March 5, 2026,** as to why the Court should not grant the Petition (Doc. 1).

3. **TAKE NOTICE** that the Court will consider this matter at a hearing **on March 9, 2026, at 9:30 AM**. Respondents are **ORDERED** to produce Petitioner Gregori Estevan Portillo Gonzalez in person at the hearing.

4. The Clerk is directed to **IMMEDIATELY** serve a copy of the Petition (Doc. 1) and this Order in the manner indicated to the parties noted below.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that the Government has already violated federal regulations governing permissible length for temporary detention of immigrants like Petitioner. Doc. 1, ¶¶ 3-8; *see* 8 C.F.R. § 287.7(d) ("Upon a determination by the Department to issue a detainer for an alien not otherwise detained by a criminal justice agency, such agency shall maintain custody of the alien for a period not to exceed 48 hours"). The Court's instant order is intended to maintain the status quo—principally to prevent the Government from exfiltrating the Petitioner from its jurisdiction—and will not excuse the Government, nor the Orange County Jail, from future 28 U.S.C. § 1983 claims for false imprisonment. Indeed, the Government has conceded that it holds noncitizens like Petitioner in violation of § 287.7(d) and offers the pitiful excuse that it "has strongly urged [] ICE to cease detention beyond 72 hours at the Orange County Jail—to include back-to-back rebooking—and has been verbally advised that this practice has ended." *Nahadian Fard v. Bondi et al.*, No. 6:26-cv-157-GAP-RMN, Doc. 21 at 5-6 (M.D. Fla. Feb. 12, 2026). Upon consideration of the instant Petition, the Government's hollow assurance joins a growing list of misleading half-truths (and outright misrepresentations) it has spread in the United States district courts—and to the American people. *See* Doc. 1, ¶¶ 3-8.

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by email at irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com, OCCDRecords@ocfl.net, and Juanita.Beason@ocfl.net,

Kristi Noem, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.