# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GREGORI ESTEVAN PORTILLO GONZALEZ,

Plaintiff,

v. Case No.: 6:26-cv-00472-GAP-RMN

LOUIS A. QUINONES JR., GARRETT RIPA, SECRETARY KRISTI NOEM, TODD M. LYONS, ATTORNEY GENERAL PAMELA BONDI, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Defendants,

## ORDER

The case is before the Court *sua sponte*. The Complaint was filed on February 27, 2026. On March 6, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus (Doc. 8) and Judgment was entered (Doc. 9). There has been no further activity in the case. It is therefore **ORDERED** that the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 2, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party